Print Form

FILED —— ENTERED
—— LODGED —— RECEIVED

SEP 30 2016    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**Instructions for use:**

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court..

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

John M. Kim

    Plaintiff(s)

vs.

Human Resources
Department of Social
& Health Services,
State of Washington
    Defendant(s),

# 16 CV-01527 JCC

**COMPLAINT**

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

John M. Kim
1713 SW. 325TH place, Federal Way, WA 98023
253-874-2551 (Home)
253-205-4032 (Cell)

Defendant's Name, Address and Phone Number

Washington State DSHS
Attn: Myron Toyama, Division of Access and Equal
Opportunity
P.O. Box 45839
Olympia, WA 98504

Defendant's Name, Address and Phone Number

Page 1 of 4

Defendant's Name, Address and Phone Number

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Jurisdiction**
(Reason your case is being filed in federal court)

Discrimination during hiring Process from Feb 22, 2016 to July 6, 2016

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

I filed this matter to EEOC on July 26, 2016 to explain my employment situation because I believe I was not given an Equal Opportunity during hiring process. I had an Intake Interview on Sep 6, 2016. Even if EEOC did not issue the final letter, the Investigator told me my case would be dismissed because there is no illegal activity to place another WA employee into my position due to his seniority under Bargain Agreement between State and Union. Upon getting his comment, I strongly rejected his Opinion. I clearly explained to him, State HR intentionally put off my employment opportunity, whether it was permanent nor non-permanent position, through two(2) times organization changes. As shown on the filing document to EEOC (See attach), I clearly asked for investigation of hiring process from Feb 22 to July 6, 2016, whether I had an Equal Opportunity in this process.

**Statement of Claim**
(continued):

With this my complaint, he told me EEOC has not authority to investigate in hiring Process. He mentioned this Kind of complaint would be handled by another agency or Union. Therefore I brought this matter into U.S. District Court. Also I reminded him that the State HR had put on hold my interview result for almost 4 months, making me hesitant to apply for other job opportunities while I was awaiting my interview result, my Supervisor asked me, whenever we met, whether or not I received a hiring letter from Olympia since I was the 1st recommendation for the position. This went on until the end of June, 2016. And then I was notified suddenly by my Supervisor that my interviewing position would be given to another State Employee because of his seniority and I would be moved to an on-call position. I enclose here the full copy of EEOC final letter and the filing document to EEOC on this matter.

I would like to ask my matter to get more clarity and justice.

Attachments

1. Dismissal and notice of right (Sep 23, 2016)
2. Charge of Discrimination (at Intake Interview on Sep 6, 2016)
3. Full document filed to EEOC.

**Relief:**
(State briefly exactly what you want the court to do for you)

I have a great favor to ask the Court as shown on below

Case 1.  I want to go back to my interviewing position with compensation of the actual cost caused this process.

I really love my job as a statimary Engineer 2 at Fircrest School.

Case 2.  If State HR denies above my offer, I would like to be compensated with full financial and mental damages.

**Jury Demand:**
(Optional)

Sep 30, 2016
Date

Signature of Plaintiff

Page 4 of 4

EEOC Form 161 (11/09)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  John M. Kim
1713 S W 325th Place
Federal Way, WA 98023

From:  **Seattle Field Office**
**909 First Avenue**
**Suite 400**
**Seattle, WA 98104-1061**

☐   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 551-2016-01855 | **Sung Ho Kim,**<br>Investigator | (206) 220-6851 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the allege discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that tl information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance wi the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send yo You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years before you file suit may not be collectible.**

On behalf of the Commission

Nancy A. Sienko,
**Director**

SEP 2 3 2016

Enclosures(s)

*(Date Mailed)*

cc:

**WASHINGTON STATE DSHS**
**Attn: Myron Toyama, Division Of Access And Equal**
**Opportunity**
**P.O. Box 45839**
**Olympia, WA 98504**

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 551-2016-01855 |

**Washington State Human Rights Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. John M. Kim** | **(206) 874-2551** | **08-08-1948** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1713 S W 325th Place, Federal Way, WA 98023** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **WASHINGTON STATE DSHS** | **500 or More** | **(360) 725-5816** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Attn: Myron Toyama, Division Of Access And Equal Opportunity, P.O. Box 45839, Olympia, WA 98504** | |

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION/RECEIVED

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

SEP 06 2016

| Street Address | City, State and ZIP Code |
|---|---|
| | |

FEDERAL OFFICE BUILDING
909 1ST AVE SUITE 400 SEATTLE WA 98104-1061

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN | Earliest: **02-22-2016**    Latest: **07-06-2016** |
| ☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On May 18, 2015, I began working for the above-named employer, as a Stationary Engineer II. On or about February 22, 2016, I applied for a position. I was qualified for the position. However, the employer cancelled it and reposted the position, as a non-permanent full-time position. On July 6, 2016, the employer notified me that the reposted job position would be given to a WA State employee, who has more seniority over me, in accordance with the Collective Bargaining Agreement. I believe the employer was not interested in interviewing anyone for the position, whether it is permanent or non-permanent.

I believe I was discriminated against because of my race (Asian) and nationality (Korean), in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I was discriminated against because of my age (68), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Sep 06, 2016**          *(signature)*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

July 22, 2016

1713 SW 325th Pl
Federal Way, WA 98023

US Equal Employment Opportunity Commission
Seattle Field Office
909 1st Ave, Suite 400
Seattle, WA 98104-9863

To Whom It May Concern:

I am writing to you to explain my employment situation, because I believe I was not given an equal opportunity of being hired for the position I applied to. Currently, I am working at Fircrest Residential Habilitation Center (Fircrest School), located in Shoreline, which is run by DSHS. When I was hired, I was hired as an on-call part-time employee. I really liked working there and not long after I started, I was given almost full-time hours (33 hours/week) due to a vacancy (although my employment status still showed on-call for some reason). In October, he told me that a permanent, full time position would open up at our facilities (essentially a full-time version of my position) and that I should apply for the position.

The job did open up, and I applied as my supervisor suggested on 2/22/16. However, as soon as I filed the application through the website, I received an email (2/23/16) from WA State HR that this job was discontinued and would be re-posted as a non-permanent full-time position. When I searched for the other job, I found that the non-permanent position was open. So I asked the Olympia HR about what was going on with the position. Eventually the WA State HR replied to my inquiry by email on 2/29/16, saying that I could apply to the position if I was still interested. Even though there were other permanent full-time opportunities elsewhere, I decided to apply for the non-permanent position, because I really liked working at Fircrest School. I was interviewed on 3/23/16 at the facilities where I was currently employed.

I do not know if there were other candidates being interviewed, but my supervisor told me directly that I was the preferred candidate for the position. After the interview, every time we would meet, he would ask me whether or not I received a hiring letter from Olympia (I would see him just once a week, because of our schedules). This went on until the end of June 2016.

On July 6, I was notified by my supervisor that my current position will be given to another WA State employee, because of his seniority and I would be moved to an on-call position. He said there is no way to stop this order. Since my supervisor did not know my interview results, I asked Olympia HR on 7/10/16 for the results of my interview. In response, they answered that the recruitment for the full-time non-permanent position was cancelled due to an organizational change.

1

As I reviewed these facts, it is clear to me what their intention is. It seems that they were not interested in interviewing anyone for the full-time position, whether it was permanent nor non-permanent. Organizational change means giving my current position to a more senior state employee, so that they did not need to interview anyone for a full-time position. I see this as discrimination, given the fact that they had opened up the full-time non-permanent position for interviews, and I had already interviewed for the position before they decided to cancel it. The right thing to do would have been to keep the position open and make the decision through an interview process.

Of course, I tried to contact my union once I realized my situation, but the union did not take any action at all. They refused to meet with me face to face and only accepted email communication. Finally, they just relayed my matter to the Contract Enforcement Representative. No one has yet to contact me from the union.

Please carefully consider my situation and the facts that I am presenting. As I have explained, I believe that the State has acted unlawfully in giving the position to another state employee without an interview process. Also, I would like to be compensated for the job opportunities that I lost while I was waiting for the interview results. For four months I was basically asked to wait without any indication of my interview status. And I was hesitant to apply elsewhere, because I had reasons to believe that I had a favorable chance of being hired at Fircrest School as a full-time employee, even if it was a non-permanent position. I could have taken a permanent position elsewhere if I had known that I would eventually be losing my job. Thank you for your time and your help in this matter.

Sincerely,

John Kim
(253)874-2551(Home)
(253)205-4032(Cell)

Attachment:
1. EEOC, Intake Questionnaire
2. Additional Pages

2

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: **Kim**          First Name: **John**          MI: **M**

Street or Mailing Address: **1713 SW. 325TH PLACE**          Apt or Unit #: _____

City: **Federal Way**     County: **King**     State: **WA**  Zip: **98023**

Phone Numbers: Home: **(253) 874 - 2551**     Work: **(206) 361 - 3900**

Cell: **(253) 205 - 4032**     Email Address: **Kimj9876 @ comcast.net**

Date of Birth: **Aug 8th, 1948**     Sex: ☒ Male ☐ Female     Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**     i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☒ Asian   ☐ White

☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Korea**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: **Maria H. Kim**          Relationship: **Wife**

Address: **1713 SW. 325TH PL** City: **Federal Way** State: **WA** Zip Code: **98023**

Home Phone: **253 874 - 2551**     Other Phone: ( ) _____

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **Human Resources, DSHS, WA State**

Address: **Jefferson & 14th Ave** County: **Thurston**

City: **Olympia**          State: **WA** Zip: **98504**     Phone: **(360) 725 - 5843**

Type of Business: **Government** Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **WA STATE**          Phone: **(360) 725 - 5843**

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☒ Yes ☐ No

Date Hired: **5-18-2015**     Job Title At Hire: **Stationary Engineer 2**

Pay Rate When Hired: **$21.41/HR**     Last or Current Pay Rate: **$28.24/HR**

Job Title at Time of Alleged Discrimination: **Stationary Engr 2** Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **Richard Loper / Stationary Engineer 3**

If Job Applicant, Date You Applied for Job **3/23/16** Job Title Applied For **Stationary Engineer 2 (Non-Permanent)**

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☒ Race ☐ Sex ☒ Age ☐ Disability ☒ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _Korea_

If you checked genetic information, how did the employer obtain the genetic information?_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _1/6/2016_ Action: _I was told someone would be placed in my position due to seniority while I was awaiting the interview result. (Interview Date: 3/23/16,_

Name and Title of Person(s) Responsible: _Human Resources, WA State._

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_— See additional pages and cover letter._

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_____

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A._____

_____

B._____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

Full Name          Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A._____

_____

B._____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. **Please check all that apply:**       ☐ Yes, I have a disability
                                           ☐ I do not have a disability now but I did have one
                                           ☒ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

_____

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
    ☐ Yes ☒ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
    ☐ Yes ☒ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. Richard Roper  Supervisor  Steam plant 206-361-3301  My Supervisor told me I was the 1st recomendation for the interview.

B. All steamplant Emrs.  steam plant 206-361-3900  They know my pernality and experiences

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☐ Yes ☒ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** N/A

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

I contacted WA state Union (AFSCME), but they did not help me at all

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   7-22-2016
**Signature**                              **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Page 1 of 2

Additional Pages

While I was waiting my interview result that was held on 3/26/16, I was told 7/6/16, around 4:00 pm from my Supervisor that my position would be filled with current WA State Employee due to his Seniority at the end of August. In this regard, he said I should go back to my original position On-Call Employee.

Please review my work history with all related events as shown on below:

1.  I was hired on a Stationary Engineer 2( On-Call ) on 5/18/16. My work place is the CMO Fircrest( Rehabilitation Center ) DSHS, WA State.

2.  My status changed a little at the end of September, 2015, to fill vacant position, working on 33 hrs per week. But my job title was the still same as On-Call Employee. I was very appreciated to my Supervisor to select me for almost full time job even if there were several other on-call employees. So I do my best on my duty as I can.

3.  Some day in November, my Supervisor asked me if I was interested in this position( full time job ). Of course I gladly say "YES". So he would ask to Olympia to open position officially and let me know if this position open to apply.

4.  I think middle of November, my Supervisor asked me to show my pay check. At that time my pay rate was $21.41/hr. Even if this pay seems too low comparing with other place similar job, I didn't mention anything. In our home country( Korea ) culture never try to find out co-workers payment. We trust Employer or Supervisor providing every employee for equal benefit with others. Anyhow, my pay rate had been adjusted to $28.24/hr from $21.41/hr from the almost beginning stage. So I got extra bonus in next pay check almost $3,000.

5.  My shop vacant position( Stationary Engineer 2, Full time Permanent ) was open at the middle of last February.  My Supervisor called me on 2/22/16(Monday) to my home for applying the above position. ( I am off day on Monday and Tuesday )  When I just filed my application through Web-site, I was noticed from Olympia H/R that position **(Permanent)** had been discontinued and would be reposted as a **Non-Permanent** position(2/23/16). During searching another job, I found that job was posted. In this regard, I asked to Olympia my confusion for applying( 2/26/16, 01:45 am ). Olympia sent e-mail to me for reapplying if I interested. ( See attach 5 )

6.  I reapplied as instructed and had an interview on 3/23/16. I don't know some possible candidate were interviewed at that time. After then, my Supervisor asked me every week if I got some letter from H/R for my hiring. But I had not. He told me he was still looking for.

7.  On July 6, around 4:00 pm, I was told from my Supervisor, my position will be filled with current WA State Employee who is laid off CMO Rainier due to his **Seniority**( See attachment of Article 33 Seniority, Collective Bargaining Agreement, Attach 7 ). He said there is no way to stop this order. In addition, he did not know my interview result.

8.  Since I had not got any information my interview result, I asked it Olympia on 7/10/16. In this response, they answered me that the recruitment is cancelled due to an organizational change( See attach. 8  H/R  e-mail ).

9.  As I reviewed facts described above item 6 & 8, it is clear their intention. Organization change means remove **non-permanent** job in our shop, and still we had full time **permanent** job as a **vacancy**. So H/R could **stop the recruitment for non-permanent** job and push the **WA current employee in permanent position** without me due to his Seniority.

10. Also I was notified from my Supervisor that starting Monday(7/18/16) new employee would be working in our plant( See attached E-Mail, Attach 10 ).

11. As soon as I was notified for my employment status from my Supervisor on 7/6/2016, around 4:00 pm, I called immediately my Union Rep.( Mr. Michael Abate ). But I couldn't contact him at that time. One of Co-Worker( may be a Secretary ) suggested me to leave my message through his e-mail. I did so her instruction. Next day ( 7/7/2016) I tried to connect to Union Rep. from 8:00 am. Even if I tried to call every hour, I couldn't contact him. It seemed he was in his office at that time, but he intentionally to avoid picking up my phone call. So I strongly requested to receive my question. With another Rep. coordination, finally he gave return call around 2:00 pm. He seemed to talk me very bluntly. Also he refused to meet me, and only accept e-mail communication. It seemed he works for Employer(WA State), not for Union Member. Anyhow, I relayed all information regarding on this matter since I have no other person to discuss in my problem except Union. In addition, he forwarded my e-mail to another party of the Contract Enforcement Rep.( Addley Tole ). No one contact me until now. (attach 11)

12. My workplace offered me to apply another job on 7/14/16, but I decided not to apply since my qualification does not meet the job requirement.( See attach  12 )

13. For your reference, I did not to accept another job opportunity while I was waiting the my shop opening job interview held on 3/26/16. Middle of February, some job opening advertisements were sitting on our shop lunch table for a couple of weeks. So I applied one of them( Valley Medical Center, Engineer 1 – Boiler Operator ) on 2/18/16 and had interview on 2/29/16, and also 2nd interview on 3/10/16. At 2nd interview, they  gave to me the contract agreement showing all benefits and pay rate, etc. While I had these process with Valley, I applied my shop opening position and got information of interview date. Even if Valley offered me good pay($32.57/hr) and job site is pretty close my home, I decided not to accept this job in consideration of more comfortable working environmental, especially I got some favorable things from my Supervisor. I didn't want feeling sorry for leaving.

XFINITY Connect

XFINITY Connect · *attach 5*                    kimj9876@comcast.net
                                                + Font Size -

---

**RE: DSHS Stationary Engineer 2**

---

                                            Mon, Feb 29, 2016 03:26 PM
**From :** David A Ozment (DSHS/HRD) <ozmenDA@dshs.wa.gov>        2 attachments

**Subject :** RE: DSHS Stationary Engineer 2

**To :** kimj9876@comcast.net

Per the message you received below, the job is reposted as a non-permanent position.  Please apply for job number 02171 at www.careers.wa.gov if you are interested.

## David Ozment, Staffing Specialist

*Washington State*
Department of Social
& Health Services

**HRD** Human Resources
Division
360-740-3416

**CERTIFIED**
Performance-based Hiring
RECRUITER
the adler group

*Please use this survey to tell us how we're doing.*

**From:** kimj9876@comcast.net [mailto:kimj9876@comcast.net]
**Sent:** Friday, February 26, 2016 1:45 AM
**To:** Ozment, David A (DSHS/HRD)
**Subject:** Re: DSHS Stationary Engineer 2

Good Morning!

Thank you for your notice, but I have some strange things. Today I found the exact same job posted through **INDEED.**  Could you check this one in the Web site - www.governmentjobs.com/careers/washington/jobs.? This job closing date is 3/10/2016 11:59 PM Pacific.  Thank you.

John Kim

---

**From:** info@governmentjobs.com
**To:** kimj9876@comcast.net
**Sent:** Tuesday, February 23, 2016 2:39:47 PM
**Subject:** DSHS Stationary Engineer 2

*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*

**XFINITY Connect**

*attach 5*

**kimj9876@comcast.net**

Font Size

**Re: DSHS Stationary Engineer 2**

From : kimj9876@comcast.net

Fri, Feb 26, 2016 01:45 AM

Subject : Re: DSHS Stationary Engineer 2

To : ozmenDA@dshs.wa.gov

Good Morning!

Thank you for your notice, but I have some strange things. Today I found the exact same job posted through **INDEED.** Could you check this one in the Web site - . ...? This job closing date is 3/10/2016 11:59 PM Pacific. Thank you.

John Kim

**From:** info@governmentjobs.com
**To:** kimj9876@comcast.net
**Sent:** Tuesday, February 23, 2016 2:39:47 PM
**Subject:** DSHS Stationary Engineer 2

\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*
Replies to this email will be sent to DAVID OZMENT <ozmenDA@dshs.wa.gov>
\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*----\*

February 23, 2016

Dear John Kim,

Thank you for your recent application for the DSHS Stationary Engineer 2 job at the Dept. of Social and Health Services.

At this time efforts to fill this vacancy have been discontinued.  Sorry for the disappointing news.

Please watch for this position to be re-posted as non-permanent in the near future.  We encourage you to visit www.careers.wa.gov for other opportunities that may be of interest.

WA State Dept. of Social & Health Services

*attach 7*

# ARTICLE 33
# SENIORITY

**33.1   Definition**

A.   Seniority for full-time employees will be defined as the employee's length of unbroken state service. Seniority for part-time or on-call employees will be based on actual hours worked. Actual hours worked includes all overtime hours and all paid holiday and leave hours, excluding compensatory time. For purposes of calculating actual hours worked for part-time and on-call employees, forty (40) hours will equal seven (7) days of seniority. Leave without pay of fifteen (15) consecutive calendar days or less will not affect an employee's seniority. When an employee is on leave without pay for more than fifteen (15) consecutive calendar days, the employee's seniority will not be affected when the leave without pay is taken for:

1.   Military leave or United States Public Health Service;

2.   Compensable work-related injury or illness leave;

3.   Governmental service leave and leave to enter the Peace Corps, not to exceed two (2) years and three (3) months;

4.   Educational leave, contingent upon successful completion of the coursework;

5.   Reducing the effects of layoff, and/or

6.   Leave for Union employment in accordance with Sections 39.8 and 39.10, of Article 39, Union Activities.

When an employee is on leave without pay for more than fifteen (15) consecutive calendar days and the absence is not due to one of the reasons listed above, the employee's seniority date will be moved forward in an amount equal to the duration of the leave without pay. Time spent on a temporary layoff or when an employee's work hours are reduced in accordance with Section 34.6, of Article 34, Layoff and Recall, will not be deducted from the calculation of seniority. Employees who are separated from state service due to layoff and are reemployed within three (3) years of their separation date will not be considered to have a break in service.

B.   For employees whose positions are assigned to an academic and/or vocational education program or facility that follows the customary public school practice of a less than twelve (12) month school year, the Employer will place the employee on leave without pay for all or part of the time the program or facility is closed for customary school vacations and will not adjust the employee's seniority date.

C.    For the purposes of layoffs and recall, a maximum of five (5) years' credit will be added to the seniority of permanent employees who are veterans or to their surviving spouse or surviving state registered domestic partner as defined by RCWs 26.60.020 and 26.60.030, as provided in RCW 41.06.133.

**33.2    Ties**
If two (2) or more employees have the same unbroken state service date, ties will be broken in the following order:

A.    Longest continuous time within their current job classification,
B.    Longest continuous time with the agency, and
C.    By lot.

**33.3    Seniority List**
The Employer will prepare and post a seniority list. The list will be updated annually and will contain each permanent and non-permanent employee's name, job classification and seniority date. Employees will have fourteen (14) calendar days in which to appeal their seniority date to their Human Resources Office, after which time the date will be presumed correct. A copy of the seniority list will be provided to the Union at the time of posting.

# ARTICLE 34
## LAYOFF AND RECALL

**34.1    Definition**
Layoff is an Employer-initiated action, taken in accordance with Section 34.3 below, that results in:

A.    Separation from service with the Employer,
B.    Employment in a class with a lower salary range,
C.    Reduction in the work year, or
D.    Reduction in the number of work hours.

**34.2**    The Employer will determine the basis for, extent, effective date and the length of layoffs in accordance with the provisions of this Article.

**34.3    Basis for Layoff**
Layoffs may occur for any of the following reasons:

A.    Lack of funds

B.    Lack of work

C.    Good faith reorganization

XFINITY Connect

*attach 8*

kimj9876@comcast.net
± Font Size −

**RE: DSHS Stationary Enineer 2**

**From :** David A Ozment (DSHS/HRD) <ozmenDA@dshs.wa.gov>      Mon, Jul 11, 2016 11:10 AM

**Subject :** RE: DSHS Stationary Enineer 2      📎 2 attachments

**To :** kimj9876@comcast.net

Hello, I just got word that the recruitment is cancelled due to an organizational change. Thank you for your patience.

## David Ozment, Staffing Specialist



Washington State
Department of Social
& Health Services

**HRD** Human Resources
Division
360-725-5843

**CERTIFIED**
Performance-based Hiring
RECRUITER
the adler group

**From:** kimj9876@comcast.net [mailto:kimj9876@comcast.net]
**Sent:** Sunday, July 10, 2016 3:24 PM
**To:** Ozment, David A (DSHS/HRD)
**Subject:** DSHS Stationary Enineer 2

Good morning Sir!

My name is John Kim, working at CMO Fircrest as a Intermittent Stationary Engineer 2. I applied to Non Permanent full time job at end of Feb. 2016 as per your instruction( see attach ) and had Interview on March 23, 2016. But I have no any official notice about my interview result. We often have no choice about things we must wait for - such as a medical diagnosis or a job interview result, etc. So should I wait this one for a while? It has been passed almost 4 months.
Thank you for your time and considerations.

Sincerely Yours,

John Kim

Attach: E-mail from H/R



Washington State
Department of Social **image001.jpg**

kimj9876@comcast.net
                                                                              ± Font Size –

*attach 8*

**RE: DSHS Stationary Enineer 2 02171**

---

**From :** David A Ozment (DSHS/HRD) <ozmenDA@dshs.wa.gov>       Mon, Jul 11, 2016 08:54 AM

**Subject :** RE: DSHS Stationary Enineer 2 02171                      📎 2 attachments

**To :** kimj9876@comcast.net

Hello, thank you for the follow-up. I have not heard any feedback from the hiring manager but requested information. I will let you know when I hear back.

## David Ozment, Staffing Specialist



Washington State
Department of Social
& Health Services

**HRD** Human Resources Division
360-725-5843



CERTIFIED
Performance-based Hiring
RECRUITER
the adler group

**From:** kimj9876@comcast.net [mailto:kimj9876@comcast.net]
**Sent:** Sunday, July 10, 2016 3:24 PM
**To:** Ozment, David A (DSHS/HRD)
**Subject:** DSHS Stationary Enineer 2

Good morning Sir!

My name is John Kim, working at CMO Fircrest as a Intermittent Stationary Engineer 2. I applied to Non Permanent full time job at end of Feb. 2016 as per your instruction( see attach ) and had Interview on March 23, 2016. But I have no any official notice about my interview result. We often have no choice about things we must wait for - such as a medical diagnosis or a job interview result, etc. So should I wait this one for a while?  It has been passed almost 4 months.
Thank you for your time and considerations.

Sincerely Yours,

John Kim

Attch: E-mail from H/R

**XFINITY Connect**

*attach 8*

kimj9876@comcast.net
+ Font Size -

**DSHS Stationary Engineer 2**

**From :** info@governmentjobs.com

Mon, Jul 11, 2016 11:10 AM

**Subject :** DSHS Stationary Engineer 2

**To :** kimj9876@comcast.net

**Reply To :** ozmenDA@dshs.wa.gov

*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*
Replies to this email will be sent to DAVID OZMENT <ozmenDA@dshs.wa.gov>
*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*----*

July 11, 2016

Dear John Kim,

Thank you for your recent application for the DSHS Stationary Engineer 2 job at the Dept. of Social and Health Services.

At this time efforts to fill this vacancy have been discontinued.  Sorry for the disappointing news.

We encourage you to visit www.careers.wa.gov for other opportunities that may be of interest.

WA State Dept. of Social & Health Services

*attch 10.*

## Kim, John M (DSHS/DDA)

| | |
|---|---|
| **From:** | Loper, Richard (DSHS/DDA) |
| **Sent:** | Wednesday, July 13, 2016 11:27 AM |
| **To:** | Barnett, Robert (DSHS/DDA); Colby, David J (DSHS/DDA); Kim, John M (DSHS/DDA); Marcontell, James (DSHS/DDA); Sullivan, Patrick (DSHS/DDA); Thompson, Anton (DSHS/DDA); Vandall, Gary D (DSHS/DDA) |
| **Subject:** | Inspection |

To All Engineers:

Next week I will be on vacation until the 26th of July.

On Monday or Tuesday there is going to be an ALSI inspection.  So I need everyone to  clean everything this weekend get the hoses for the pressure washer and the water hose rolled up and put away and clean the plant.

Also Starting on Monday there will be a new employee starting in the plant.  His name is Steve Lacher he is coming from Rainier School.  Please make him feel welcome.  He will eventually be working John Kim's position.  John will move back to the on-call position.

I would like to take this time to say that everyone has been doing a great job in the plant and outside the plant.  Keep up the good work!!!

Thanks

Richard Loper
Stationary Engineer 3
Operations Support and Services Division/Consolidated Maintenance Operation. (OSSD/CMO)
Steam Plant, Fircrest School
Department of Social and Health Services
Loperr@DSHS.wa.gov
206 361-3901/3900

1

*attach 11*

## Kim, John M (DSHS/DDA)

| | |
|---|---|
| **From:** | Michael Abate <MichaelA@wfse.org> |
| **Sent:** | Thursday, July 07, 2016 10:15 AM |
| **To:** | Kim, John M (DSHS/DDA) |
| **Cc:** | Addley Tole |
| **Subject:** | Re: Discrimination? |

John

I forwarded your email to Addley Tole the Contract enforcement Rep, one of us will be contacting soon.

Michael Abate

Council Representative

Washington Federation of State Employees

Seattle Field Office

6363 7th Ave S, Ste 220

Seattle, WA  98108-3407

206-525-5363

1-800-924-5754

FAX 206-525-5366

>>> "Kim, John M (DSHS/DDA)" <kimjm@dshs.wa.gov> 7/6/2016 5:49 PM >>>
Good afternoon Mr. Abate

My name is John Kim, working at FirCrest School( Shoreline ) as a Stationary Engineer.
This afternoon I was told from my Supervisor that my position will be filled Current WA state Employee( Rainier School )
at the end of August. So I will be back to On-Call Employee.
Please review my work history as showed below and advise to me what can I do.

1. I was hired On-Call base as a Stationary Engineer on last year May 18th, 2015.( Couple of days work per week )
2. My status changed at the end of September to fill vacant position, working on 33 hours per week( But my position was still same as On-Call Employee )
3. Some day of November or December, my Supervisor told me if I am interest in this position or not. I said " Yes, Of course "  So he said let me know if this position open to apply.
4. That position was open at middle of  last February.  While I was applying this position, I was noticed from my Supervisor that position had been canceled. When I searched my e-mail, I found that position was still open at Web-site. So I asked Olympia( State ) Human Resources. They said it is still open( closing date : 3/8/2016 ) for applying if I interested.
5. I reapplied as instructed and had interview on 3/23/2016. I don't know some possible candidates interviewed at that time.
6. Anyhow, after then my supervisor asked me I got the letter from H/R for my hiring( non-permanent full time position) every week. But I had had not.
7. I think middle of June, I got strange document from the court suing to WA State( I am writing this E- Mail at shop, this document is at my home. I will show you this one.

Of course I gave its copy to my Supervisor since I am not familiar legal document. He said this document will be placed my personal file. Also he said everyweek he is looking for my status.

1

8. Today he told me he just got my status from H/R.

I am working in U.S.A. almost 30 years since I immigrated from Korea. But I never heard this kind of situation. I don't know this is normal employee hiring process or not. Please review my status considering the my work history in FirCrest Thank you for your time and consideration.

Sincerely yours,

John Kim

PS: my work schedules are: Wednesday( 14:00- 22:00), Thursday thru Saturday( 22:00 – 06:00), So I am off day on Monday and Tuesday.

My phone: 253-205-4032(Cell), 253-874-2551( Home ). E-mail: kimj9876@comcast.net

2

**XFINITY Connect**      *attach 12.*      **kimj9876@comcast.net**
⁻ Font Size ⁻

---

### Re: Maintenance 2 postion

---

**From :** kimj9876@comcast.net                Fri, Jul 15, 2016 01:21 AM

**Subject :** Re: Maintenance 2 postion

     **To :** Richard Loper <loperr@dshs.wa.gov>

Good Morning Sir!

Thank you very much, but this job seems not fit to my qualification. In addition, I am not strong to handle this kind of maintenance work in consideration of my age and health. It's O.K., I'll ready to go back On-Call at any time.
Thanks again.

John Kim

---

**From:** "Richard Loper (DSHS/DDA)" <loperr@dshs.wa.gov>
**To:** "John Kim (KimJ9876@comcast.net)" <KimJ9876@comcast.net>
**Sent:** Thursday, July 14, 2016 10:10:03 AM
**Subject:** Maintenance 2 postion

John:
The maintenance 2 position is now open. I put a copy in your box. You can now apply for that.
I will see you when I get back from my vacation.

Richard Loper
Stationary Engineer 3
Operations Support and Services Division/Consolidated Maintenance Operation. (OSSD/CMO)
Steam Plant, Fircrest School
Department of Social and Health Services
Loperr@DSHS.wa.gov
206 361-3901/3900

**State of Washington**
**Dept. of Social and Health Services**
**invites applications for the position of:**

careers.wa.gov

# DSHS Maintenance Mechanic 2

**SALARY:**       $3,721.00 - $4,208.00 Monthly

**OPENING DATE:** 07/13/16

**CLOSING DATE:** 07/20/16 11:59 PM

**DESCRIPTION:**
The Department of Social and Health Services' Operations Support & Services Division is recruiting for a non-permanent Maintenance Mechanic 2 to join our Consolidated Maintenance & Operations team. This position would support Fircrest School in Shoreline WA

Our ideal candidates will need journey level work experience providing skilled engineering and repair work related to HVAC and facility mechanics, with a good working knowledge of commercial appliance repair but other building repairs and preventative maintenance will be included in job responsibilities. Candidates must have a work history showing team commitment, job accomplishment, and strong work ethics. Your work hours will be Tuesday-Friday 6:30 am-5:00 pm, with Saturday/Sunday/Monday as your regular days off.

**About us:**

Fircrest School is a statutorily established Residential Habilitation Center that provides residential and training services and nursing care to approximately 220 individuals with intellectual disabilities. Fircrest (RHC) is dually certified as an Intermediate Care Facility for Individuals with Intellectual Disabilities (ICF/IID) and a Nursing Facility (NF).

**DUTIES:**
**Your Responsibilities in this role include:**

- Perform journey level work in installing, maintaining, modifying, altering and repairing plumbing systems, sewer systems, physical plant machinery and equipment, HVAC systems, boiler, filtration, and pump systems, residential swimming pool equipment, mechanical/electrical control systems, refrigeration systems kitchen appliances, and laundry equipment.
- Plan and determine materials, time/schedules and personnel needed to complete work orders; order and maintain inventory.
- Perform building and condition assessments; recommend work needed; maintain records of jobs completed and materials used.
- Order materials and maintain adequate inventory.
- Perform skilled mechanical work; operate power tools e.g. drill press, sharpeners, lathes, sanders and shapers; prepare surfaces for arc or acetylene welding

**QUALIFICATIONS:**
**Required licensing, education, skills, knowledge and abilities**

- Valid WA State Driver's License;
- Physical ability to perform heavy in/outdoor work, in hot/humid conditions; sometimes at heights; AND