THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN M. KIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUMAN RESOURCES DEPARTMENT OF SOCIAL & HEALTH SERVICES, STATE OF WASHINGTON,<br><br>　　　　　Defendant. | CASE NO. C16-1527-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint on September 30, 2016. (Dkt. No. 1.) It does not appear that Defendant has been served. Accordingly, the status conference set for January 31, 2017, is hereby VACATED. Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to prosecute. Plaintiff's written response is due by Monday, February 6, 2017. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//

//

//

//

MINUTE ORDER, C16-1527-JCC
PAGE - 1

1     DATED this 25th day of January 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk